# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LOVELL VINCENT WILLIAMS, | CASE NO. CV 19-4249 SS |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: January 2, 2020

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE